# Third District Court of Appeal
## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1711
Lower Tribunal No. 18-8597
_____

**Ariel Mino,**
Appellant,

vs.

**Pure Technologies U.S., Inc., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Somera & Silva, LLP, and Peter J. Somera, Jr., and Paul M. Silva, M.D. (Boca Raton); Fieger Law and Geoffrey N. Fieger (Southfield, MI); Burlington & Rockenbach, P.A., and Adam Richardson and Bard D. Rockenbach (West Palm Beach), for appellant.

Demahy Labrador Drake & Cabeza and Kenneth R. Drake and Pete L. Demahy and Orlando D. Cabeza, for appellee Pure Technologies U.S., Inc.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.